**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 22-7008**

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

ERIC SHAWN BRADLEY, a/k/a E,

        Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Columbia.  Joseph F. Anderson, Jr., Senior District Judge.  (3:14-cr-00240-JFA-1)

Submitted:  January 17, 2023                        Decided:  January 20, 2023

Before KING and THACKER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Eric Shawn Bradley, Appellant Pro Se.  Stacey Denise Haynes, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eric Shawn Bradley appeals the district court's orders denying his 18 U.S.C. § 3582(c)(1)(A) motion for compassionate release and denying reconsideration. We review a district court's denial of a compassionate release motion for abuse of discretion. *United States v. Kibble*, 992 F.3d 326, 329 (4th Cir.), *cert. denied*, 142 S. Ct. 383 (2021). We have reviewed the record and conclude that the district court did not abuse its discretion and sufficiently explained the reasons for the denial. Accordingly, we affirm the district court's orders. *United States v. Bradley*, No. 3:14-cr-00240-JFA-1 (D.S.C. June 17 & Aug. 17, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*